**Dismissed and Memorandum Opinion filed December 5, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-13-00910-CV

### IN THE INTEREST OF H.B-S. and C.B-S, CHILDREN

**On Appeal from the 306th District Court
Galveston County, Texas
Trial Court Cause No. 06-CP-0026**

## M E M O R A N D U M    O P I N I O N

This is an appeal from an order terminating appellant's parental rights signed September 26, 2013. *See* Tex. R. App. P. 28.4(a)(2)(A). The notice of appeal was filed October 11, 2013. The appellate record was due within ten days after the notice of appeal was filed. *See* Tex. R. App. P. 28.4(a)(1); 35.1(b). The clerk's record was filed October 21, 2013, but the reporter's record has not been filed. On October 22, 2013, the official court reporter, Ronald F. Vella, notified this court that appellant had not requested or paid for preparation of the reporter's record. *See* Tex. R. App. P. 34.6(b)(1).

The record does not reflect that appellant has established indigence or is presumed to be indigent. *See* Tex. R. App. P. 20.1(a). Therefore, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant provided this court with proof of payment for the record by November 1, 2013. *See* Tex. R. App. P. 37.3(c). Appellant filed no response to this court's notice.

On November 5, 2013, this court ordered appellant to file his brief on or before November 25, 2013, or we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellant did not file a brief, request for an extension of time to file the brief, or any other response to this court's order.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Christopher, and Brown.